**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Reginald Upshaw, 09cv06 (JNE/SRN)

    Plaintiff,

v. **ORDER OF DISMISSAL**

Joan Fabian, et al,

    Defendants.

---

Upon motion of the Plaintiff to Voluntary Dismiss Cause of Action (Docket Entry No. 11,)

**IT IS HEREBY ORDERED** that the above entitled matter is **DISMISSED WITHOUT PREJUDICE.**

DATED: June 3, 2009.

                                           s/ Joan N. Ericksen
                                           JOAN N. ERICKSEN, Judge
                                           United States District Court